**James RIFFIN, Plaintiff—Appellant,**

v.

**Raymond S. WISNOM, Jr., Code Enforcement Hearing Officer; Baltimore County, Maryland, Department of Permits and Development Management, Defendants—Appellees.**

No. 08–1016.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 28, 2008.

James Riffin, Appellant Pro Se. Paul M. Mayhew, Adam M. Rosenblatt, Baltimore County Office of Law, Towson, Maryland, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riffin appeals a district court order denying as moot his motion for a preliminary injunction and a temporary restraining order, granting the Defendants' motion to dismiss and dismissing his complaint. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. *See Riffin v. Wisnom*, No. 1:07–cv–01623 (D.Md. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*